LOUIS ANGELINA, Appellant, *v.* EUCLID CONCRETE CORP. et al., Respondents.

Argued October 14, 1953; decided October 23, 1953.

*Harris Birnbaum* and *Joseph Trachtenberg* for appellant. *Maurice Finkelstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.